IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

        Plaintiff,                      No. CIV S-06-0537 FCD GGH P

    vs.

CORRECTIONAL OFFICER BAKER, et al.,

        Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately issued an order addressing the third amended complaint filed July 12, 2007. The court found that the third amended complaint stated a colorable Equal Protection claim against defendants Khoury, Mitchell, Schwartz, Grannis, Pearson, Tilton and Kernan. The court also found that the third amended complaint stated a colorable retaliation claim against defendant Baker. For the reasons discussed in that order, the court now recommends dismissal of the remaining claims contained in the third amended complaint.

        Accordingly, IT IS HEREBY RECOMMENDED that all claims contained in the third amended complaint filed July 12, 2007, but for the Equal Protection claims against defendants Khoury, Mitchell, Schwartz, Grannis, Pearson, Tilton and Kernan, and the retaliation

claim against defendant Baker, be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  8/8/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

will537.dis