IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                                  No. CIV S-06-0537 FCD GGH P

      vs.

CORRECTIONAL OFFICER BAKER, et al.,

      Defendants.                    <u>ORDER</u>

_____/

        On August 8, 2007, the court issued an order addressing plaintiff's third amended complaint filed July 12, 2007. The court found that the third amended complaint stated a colorable Equal Protection claim as to defendants Khoury, Mitchell, Schwartz, Grannis, Pearson, Tilton and Kernan. The court also found that the third amended complaint stated a colorable retaliation claim against defendant Baker. The court separately recommended dismissal of the remaining claims.

        On August 16, 2007, plaintiff returned the forms necessary to effect service of defendants Khoury, Mitchell, Schwartz, Grannis, Pearson, Tilton, Kernan and Baker. On September 25, 2007, the court ordered the U.S. Marshal to serve these defendants.

        On August 27, 2007, plaintiff filed objections to the findings and recommendations. After reviewing the findings and recommendations, the court finds that the

1

third amended complaint states a colorable claim for violation of plaintiff's right to due process in connection with classification committee hearings which resulted in his placement in administrative segregation (ad seg). In the August 8, 2007, order the court found that plaintiff had pled no facts suggesting that the conditions of ad seg constituted an atypical and significant hardship in relation to the ordinary incidents of prison life. <u>Sandin v. Conner</u>, 515 U.S. 472, 484, 115 S.Ct. 2293 (1995). In his objections, plaintiff cites to paragraph 33 of the third amended complaint where he alleges that his cell in ad seg was sealed, he was taking heat medication, and there were no cooling measures as there were in the general population. These allegations are sufficient to state a colorable due process claim regarding plaintiff's placement and retention in ad seg.

Accordingly, the court finds that plaintiff has stated a colorable due process claim against defendants Arnold, Mitchell, St. Germaine and Cullen regarding his placement and retention in ad seg. Third Amended Complaint, ¶¶ 21, 22, 38, 39, 40, 41.

The August 8, 2007, findings and recommendations are vacated. The court will issue new findings and recommendations to reflect the instant order.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 8, 2007, findings and recommendations are vacated;

2. Service is appropriate for the following defendants: Arnold, Mitchell, St. Germaine and Cullen.

3. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint filed July 12, 2007.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3

above; and

    d.  Five copies of the endorsed third amended complaint filed July 12, 2007.

5.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 11/13/07

                                                   /s/ Gregory G. Hollows
                                                 UNITED STATES MAGISTRATE JUDGE

wil537.vac

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                    No. CIV S-06-0537 FCD GGH P

     vs.

CORRECTIONAL OFFICER BAKER, et al.,    NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                                Complaint/Amended Complaint

DATED:

                                     _____
                                     Plaintiff