IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

    Plaintiff,                    No. CIV S-06-0537 FCD GGH P

    vs.

CORRECTIONAL OFFICER BAKER, et al.,

    Defendants.                ORDER

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On November 13, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant J. Pearson was returned unserved because "Pearson retired, unable to accept process." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the third amended complaint filed July 12, 2007;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Pearson;

    b. Two copies of the endorsed third amended complaint filed July 12, 2007; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 12/13/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
wils0537.8e

1
2
3
4
5
6
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DAVID WILSON,

11            Plaintiff,                    No. CIV S-06-0537 FCD GGH P

12       vs.

13  CORRECTIONAL OFFICER
    BAKER, et al.,
14                                          NOTICE OF SUBMISSION

15            Defendants.                   OF DOCUMENTS

16  _____/

17       Plaintiff hereby submits the following documents in compliance with the court's

18  order filed _____:

19            __One__   completed summons form

20            __One__   completed USM-285 form

21            __Two__   copies of the __July 12, 2007_____
                                       Third Amended Complaint
22  DATED:

23

24
                                            _____
25                                          Plaintiff

26