IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                    No. CIV S-06-0537 FCD GGH P

   vs.

C/O BAKER, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On November 13, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\\

1.  The findings and recommendations filed November 13, 2007, are adopted in full; and

2.  All claims contained in the third amended complaint but for the following are dismissed: 1) the Equal Protection claims against defendants Khoury Mitchell, Schwartz, Grannis, Pearson, Tilton and Kernan; 2) the retaliation claim against defendant Baker, and 3) the due process claims as to defendants Arnold, Mitchell, St. Germaine and Cullen as to plaintiff's placement and retention in administrative segregation.

DATED: February 4, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE