IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                    No. CIV S-06-0537 FCD GGH P

    vs.

C/O BAKER, et al.,

      Defendant.                ORDER

_____/

       On January 24, 2008, plaintiff filed a summary judgment motion. Defendants did not respond to this motion.

       Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall show cause for their failure to respond to plaintiff's January 24, 2008, summary judgment motion.

DATED: 03/24/08

                                /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

wil537.osc