IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                  No. CIV S-06-0537 FCD GGH P

    vs.

C/O BAKER, et al.,             ORDER AND

      Defendants.          FINDINGS & RECOMMENDATIONS

_____/

        On January 24, 2008, plaintiff filed a summary judgment motion. On March 24, 2008, the court ordered defendants to show cause for their failure to file a response to this motion.

        On April 3, 2008, defendants filed a response to the order to show cause. Good cause appearing, the show cause order is discharged.

        On April 3, 2008, defendants filed a motion to continue the court's ruling on plaintiff's summary judgment motion. The court construes defendants' motion as an opposition to plaintiff's motion. Defendants argue that plaintiff's motion should be denied because they have not had sufficient time to conduct discovery. Counsel's declaration, attached to the motion/opposition, discusses the discovery that he intends to conduct.

/////

1

1   Fed. R. Civ. P. 56(f) provides that if a party opposing a summary judgment
2   motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its
3   opposition, the court may deny the motion.  Defendants' motion, made pursuant to Rule 56(f), is
4   well taken.  Accordingly, plaintiff's motion should be denied as premature.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1. The March 24, 2008, order to show cause is discharged;
7   2. Defendants' April 3, 2008, motion to continue is construed as an opposition to
8   plaintiff's summary judgment motion;
9   IT IS HEREBY RECOMMENDED that plaintiff's January 24, 2008, summary
10  judgment motion be denied.
11  These findings and recommendations are submitted to the United States District
12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
13  days after being served with these findings and recommendations, any party may file written
14  objections with the court and serve a copy on all parties.  Such a document should be captioned
15  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
16  shall be served and filed within ten days after service of the objections.  The parties are advised
17  that failure to file objections within the specified time may waive the right to appeal the District
18  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
19  DATED:   04/25/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

22  wil537.56