IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                    No. CIV S-06-0537 FCD GGH P

      vs.

C/O BAKER, et al.,

      Defendants.          <u>ORDER</u>

_____ /

      Defendants have requested an extension of time to respond to plaintiff's interrogatories and request for production of documents. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' May 29, 2008 request for an extension of time (Docket #54) is granted; and

      2. Defendants' responses to plaintiff's discovery requests are due on or before June 30, 2008.

DATED: 06/10/08

                                               /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:dd
wils0537.36