IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAVID WILSON,**

Plaintiff,

v.

**C/O BAKER, et al.,**

Defendants.

Case No. 2:06-CV-0537 FCD GGH P

**ORDER**

Good cause appearing, Defendants' Request For Thirty-Day Extension Of Time To Reply To Opposition To Motion For Summary Judgment is GRANTED.  Defendants' deadline to file a reply to Plaintiff's opposition is extended to and including December 9, 2009.

Dated: November 13, 2009

/s/ Gregory G. Hollows
_____
U.S. MAGISTRATE JUDGE

Wils0537.eot