UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>A. BAKER, et. al.,<br><br>    Defendants.<br>_____/ | No. CIV.S-06-0537 FCD GGH P<br><br><br><br>**RELATED CASE ORDER** |
| DAVID W. WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>W.C. NESBETH, et. al.,<br><br>    Defendants.<br>_____/ | No. CIV.S-06-1139 FCD CMK P |
| DAVID W. WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et. al.,<br><br>    Defendants.<br>_____/ | No. CIV. S-06-1232 MCE KJN P |

///

1    Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated, CIV. S-06-1139 FCD CMK P, having already been randomly assigned to Judge Frank C. Damrell, Jr., does not require reassignment of the District Judge. However, the matter shall be reassigned to Magistrate Judge Gregory G. Hollows for all further proceedings. The action denominated CIV. S-06-1232 MCE KJN P is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Gregory G. Hollows for all further proceedings. Any dates currently set in this reassigned cases <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as: **CIV. S-06-1139 FCD GGH P** and **CIV. S-06-1232 FCD GGH P**.

    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: May 17, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE